UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOLANDO ROSADA-COLON,

                    Plaintiff,

          -v-                                              **ORDER**

COMMISSIONER OF SOCIAL SECURITY,                   20 Civ. 5278 (PGG)

                    Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

          Plaintiff, who is proceeding pro se, filed her Complaint on June 29, 2020, without paying the filing fees to commence this action.  Plaintiff did not file an application to proceed in forma pauperis.

          It is hereby ORDERED that by **October 20, 2020**, Plaintiff will either (1) pay the $400 filing fee, or (2) file an application to proceed in forma pauperis.  A copy of the application form is appended to this order.  If Plaintiff fails to comply with this order, then this action will be dismissed.

Dated:  New York, New York
          October 6, 2020

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge